# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kasper Smoke Kastle LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Atlantic Casualty Insurance Company,<br><br>    Defendant. | **NO. CV-18-00950-PHX-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that pursuant to the Jury Verdict entered January 17, 2020, judgment is entered in favor of plaintiff and against defendant in the amount of $94,013.59.

                                          Debra D. Lucas
                                          Acting District Court Executive/Clerk of Court

January 21, 2020

                                          s/ R. Vasquez
                                  By   Deputy Clerk